**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **B.W.,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:19-1146** |
| : | |
| **v** : | **(JUDGE MANNION)** |
| : | |
| **CAREER TECHNOLOGY CENTER OF LACKAWANNA COUNTY and VALLEY VIEW SCHOOL DISTRICT,** : | |
| : | |
| **Defendants** | |

= = = = = = = = = = = = =

| | |
|---|---|
| **R.P.,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:19-1147** |
| : | |
| **v** : | **(JUDGE MANNION)** |
| : | |
| **CAREER TECHNOLOGY CENTER OF LACKAWANNA COUNTY and VALLEY VIEW SCHOOL DISTRICT,** : | |
| : | |
| **Defendants** | |

= = = = = = = = = = = = =

| | |
|---|---|
| **M.W. and T.W., as parents and natural guardians of M.W.,** : | |
| : | |
| **Plaintiffs** : | **CIVIL ACTION NO. 3:19-1148** |
| : | |
| **v** : | **(JUDGE MANNION)** |
| : | |
| **CAREER TECHNOLOGY CENTER OF LACKAWANNA COUNTY and LAKELAND SCHOOL DISTRICT,** : | |
| : | |
| **Defendants** | |

= = = = = = = = = = = = =

| | |
|---|---|
| **J.K.,** | : |
| Plaintiff | : **CIVIL ACTION NO. 3:19-1149** |
| v | : |
| **CAREER TECHNOLOGY CENTER OF LACKAWANNA COUNTY and MID VALLEY SCHOOL DISTRICT,** | : **(JUDGE MANNION)** |
| Defendants | : |

= = = = = = = = = = = = =

| | |
|---|---|
| **J.R., a minor, by his parents and natural guardians, S.M. & J.R.,** | : |
| Plaintiffs | : **CIVIL ACTION NO. 3:19-1150** |
| v | : |
| **CAREER TECHNOLOGY CENTER OF LACKAWANNA COUNTY and LAKELAND SCHOOL DISTRICT,** | : **(JUDGE MANNION)** |
| Defendants | : |

= = = = = = = = = = = = =

| | |
|---|---|
| **R.P. a minor, by his parent and natural guardian, D.P.,** | : |
| Plaintiff | : **CIVIL ACTION NO. 3:19-1153** |
| v | : |
| **CAREER TECHNOLOGY CENTER OF LACKAWANNA COUNTY and SCRANTON SCHOOL DISTRICT,** | : **(JUDGE MANNION)** |
| Defendants | : |

= = = = = = = = = = = = =

| | |
|---|---|
| **M.W. as parent and natural guardian of S.W., a minor,** : | |
| : | |
| Plaintiffs : | **CIVIL ACTION NO. 3:19-1154** |
| : | |
| v : | |
| : | **(JUDGE MANNION)** |
| **CAREER TECHNOLOGY CENTER OF LACKAWANNA COUNTY and LAKELAND SCHOOL DISTRICT,** : | |
| : | |
| **Defendants** | |

= = = = = = = = = = = = =

| | |
|---|---|
| **E.P.,** : | |
| : | |
| Plaintiff : | **CIVIL ACTION NO. 3:19-1155** |
| : | |
| v : | |
| : | **(JUDGE MANNION)** |
| **CAREER TECHNOLOGY CENTER OF LACKAWANNA COUNTY and LAKELAND SCHOOL DISTRICT,** : | |
| : | |
| **Defendants** | |

# O R D E R

In light of the foregoing Memorandum issued in the eight above-captioned cases[1], **IT IS HEREBY ORDERED THAT:**

---

[1] The relevant pending 14 motions in the above-captioned eight cases are: Doc. 5, 19-1146; Doc. 4, 19-1147; Docs. 6 & 7, 19-1148; Docs. 5 & 6, 19-1149; Docs. 6 & 7, 19-1150; Docs. 8 & 10, 19-1153; Docs. 5 & 6, 19-1154; and Docs. 5 & 6, 19-1155. In two of the cases, 19-1146 and 19-1147, CTC and Valley View School Districts jointly filed motions to dismiss since they are represented by the same counsel. The court's Memorandum and Order resolves all of the referenced pending motions in the eight cases.

3

1. The motions to dismiss of CTC and the school districts filed in the above-captioned eight cases are **GRANTED IN PART**, and **DENIED IN PART**.

2. The motions to dismiss of CTC and the school districts with respect to the Title IX claims in Count I of the complaints are **DENIED**.

3. The motions to dismiss of CTC and the school districts with respect to Count II of the complaints are **GRANTED**, and the Title IX claims in Count II are **DISMISSED WITH PREJUDICE**.

4. The motions to dismiss of CTC and the school districts with respect to Count III of the complaints are **GRANTED**, and the Title IX retaliation claims in Count III are **DISMISSED WITH PREJUDICE**.

5. The motions to dismiss of CTC and the school districts with respect to Count IV, 14th Amendment due process claims, and Count VI, failure to train and supervise claims of the complaints, are **DENIED**.

6. The motions to dismiss of CTC and the school districts with respect to Count V of the complaints, state-created danger claims, are **GRANTED**, and these claims are **DISMISSED WITH PREJUDICE**.

7. The defendants CTC and the school districts are directed to file

their answers to the remaining claims against them in the plaintiffs' complaints in all of the eight above-captioned cases **on or before November 22, 2019**.

                                              s/ *Malachy E. Mannion*
                                              **MALACHY E. MANNION**
                                              **United States District Judge**

**Date: November 4, 2019**

19-1146-01-ORDER all.wpd