**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **B.W.,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:19-1146** |
| : | |
| **v** : | |
| : | **(JUDGE MANNION)** |
| **CAREER TECHNOLOGY CENTER OF LACKAWANNA COUNTY and VALLEY VIEW SCHOOL DISTRICT,** : | |
| : | |
| **Defendants** | |

= = = = = = = = = = = = =

| | |
|---|---|
| **R.P.,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:19-1147** |
| : | |
| **v** : | |
| : | **(JUDGE MANNION)** |
| **CAREER TECHNOLOGY CENTER OF LACKAWANNA COUNTY and VALLEY VIEW SCHOOL DISTRICT,** : | |
| : | |
| **Defendants** | |

= = = = = = = = = = = = =

| | |
|---|---|
| **M.W. and T.W., as parents and natural guardians of M.W.,** : | |
| : | |
| **Plaintiffs** : | **CIVIL ACTION NO. 3:19-1148** |
| : | |
| **v** : | |
| : | **(JUDGE MANNION)** |
| **CAREER TECHNOLOGY CENTER OF LACKAWANNA COUNTY and LAKELAND SCHOOL DISTRICT,** : | |
| : | |
| **Defendants** | |

= = = = = = = = = = = = =

| | |
|---|---|
| J.K., | : |
| Plaintiff | : CIVIL ACTION NO. 3:19-1149 |
| v | : |
| CAREER TECHNOLOGY CENTER OF LACKAWANNA COUNTY and MID VALLEY SCHOOL DISTRICT, | : (JUDGE MANNION) : : |
| Defendants | : |

= = = = = = = = = = = = =

| | |
|---|---|
| J.R., a minor, by his parents and natural guardians, S.M. & J.R., | : : |
| Plaintiffs | : CIVIL ACTION NO. 3:19-1150 |
| v | : |
| CAREER TECHNOLOGY CENTER OF LACKAWANNA COUNTY and LAKELAND SCHOOL DISTRICT, | : (JUDGE MANNION) : : |
| Defendants | : |

= = = = = = = = = = = = =

| | |
|---|---|
| R.P. a minor, by his parent and natural guardian, D.P., | : : |
| Plaintiff | : CIVIL ACTION NO. 3:19-1153 |
| v | : |
| CAREER TECHNOLOGY CENTER OF LACKAWANNA COUNTY and SCRANTON SCHOOL DISTRICT, | : (JUDGE MANNION) : : |
| Defendants | : |

= = = = = = = = = = = = =

| | |
|---|---|
| **M.W. as parent and natural guardian of S.W., a minor,** : | |
| : | |
| **Plaintiffs** : | **CIVIL ACTION NO. 3:19-1154** |
| : | |
| **v** : | |
| : | **(JUDGE MANNION)** |
| **CAREER TECHNOLOGY CENTER OF LACKAWANNA COUNTY and LAKELAND SCHOOL DISTRICT,** : | |
| : | |
| **Defendants** : | |

= = = = = = = = = = = = =

| | |
|---|---|
| **E.P.,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:19-1155** |
| : | |
| **v** : | |
| : | **(JUDGE MANNION)** |
| **CAREER TECHNOLOGY CENTER OF LACKAWANNA COUNTY and LAKELAND SCHOOL DISTRICT,** : | |
| : | |
| **Defendants** : | |

# O R D E R

In light of the foregoing Memorandum issued in the eight above-captioned cases[1], **IT IS HEREBY ORDERED THAT:**

**1.** The November 18, 2019 joint motion of the plaintiffs for reconsideration, pursuant to Fed.R.Civ.P. 59(e), of the court's November 4, 2019 Order, (Doc. 20), pertaining only to the

---

[1]The relevant pending joint motion for reconsideration in the above-captioned eight cases are docketed as follows: Doc. 21, 19-1146; Doc. 20, 19-1147; Doc. 28, 19-1148; Doc. 29, 19-1149; Doc. 30, 19-1150; Doc. 32, 19-1153; Doc. 27, 19-1154; and Doc. 29, 19-1155. The court's Memorandum and Order resolves the referenced pending joint motion filed in the eight cases.

dismissal with prejudice of their Count III retaliation claims under Title IX is **GRANTED IN PART**, and **DENIED IN PART**.

2. The joint motion for reconsideration is **DENIED** as to the dismissal with prejudice of the Title IX retaliation claims in Count III, against defendant CTC and the defendant School Districts, contained in the following six complaints: R.P., 19-1147; M.W., 19-1148; J.K., 19-1149; R.P., 19-1153; M.W., 19-1154; and E.P., 19-1155.

3. The joint motion for reconsideration is **GRANTED** as to the complaints of B.W., 19-1146, and J.R., 19-1150, and the Title IX retaliation claims in Count III of their complaints are **REINSTATED** only as to defendant CTC. The Title IX retaliation claims of B.W., 19-1146, against Valley View School District, and J.R., 19-1150, against Lakeland School District, remain **DISMISSED WITH PREJUDICE**.

4. Defendant CTC is directed to file its answers to the Title IX retaliation claims only in Count III of the complaints of B.W., 19-1146, and J.R., 19-1150, **on or before January 10, 2020**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: December 17, 2019**

19-1146-02-ORDER all.wpd